# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-17-00243-CV
_____

### LISA TELFORD, Appellant

### V.

### GEORGE LEE, INDIVIDUALLY AND WAL-MART STORES TEXAS, LLC, Appellees

_____

**On Appeal from the 88th District Court**
**Tyler County, Texas**
**Trial Cause No. 22,969**

_____

### MEMORANDUM OPINION

The trial court signed a final judgment on March 27, 2017. Lisa Telford filed a notice of appeal but failed to file a brief. On October 24, 2017, we notified the parties that the brief had not been filed, and we warned the appellant that her failure to file a brief could result in a dismissal of the appeal for want of prosecution. On November 9, 2017, we notified the parties that the appeal would be submitted to the

Court on November 30, 2017, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on November 30, 2017
Opinion Delivered December 7, 2017

Before McKeithen, C.J., Kreger and Horton, JJ.